# Takayuki Aonuma

MFPR Roppongi Azabudai Bldg. 11th Floor, 1-8-7 Roppongi
Minato-ku, Tokyo 106-0032 Japan
Tel: +81.3.6234.1585 | aonuma@vbest.jp

November 9, 2023

Via Email Only

TokyoMotion
Email: support@tokyomotion.net

Re: **NOTIFICATION OF COPYRIGHT INFRINGEMENT PURSUANT TO 17 U.S.C. § 512(c)(3)(A)**

I am legal counsel to win Co., Ltd. (hereinafter "**Copyright Owner**") and I am authorized to act on behalf of the Copyright Owner.

The Copyright Owner's copyrighted works have been published without authorization to https://www.tokyomotion.net/.

The Copyright Owner is the exclusive copyright owner of the copyrighted works described under "Original Works" below (hereinafter "**Original Works**"), copies of which have been uploaded and made available at the respective links described under "Infringing Works" below (the "**Infringing Works**").

| Original Works | Infringing Works |
| --- | --- |
| https://dl.getchu.com/i/item4044778 | https://www.tokyomotion.net/video/3302806/%E3%81%92%E3%81%A3%E3%81%A1%E3%82%85-%E3%83%A8%E3%83%AB |
| https://dl.getchu.com/i/item4037222 | https://www.tokyomotion.net/video/2174695/%E5%8E%9F%E7%A5%9E-%E9%9B%B7%E7%A5%9E |
| https://dl.getchu.com/i/item4045910 | https://www.tokyomotion.net/video/2976520/%E3%82%AC%E3%83%81%E6%B4%97%E8%84%B3%E3%81%A1%E3%82%83%E3%82%933-104cm%E7%B4%B0%E8%BA%AB%E7%88%86%E4%B9%B3%E3%81%8F%E3%81%B3%E3%82%8C%E3%83%9C%E3%83%87%E3%82%A320%E6%AD%B3%E4%B9%83%E6%9C%A8%EF%BC%95%E6%9C%9F%E5%B0%8F%E3%80%87%E5%BD%A9%E4%BC%BC%E3%83%A4%E3%83%B3%E3%82%AD%E3%83%BC%E3%83%AC%E3%82%A4%E3%83%A4%E3%83%BC%E3%81%86%E3%82%8A%E3%81%86-%E5%85%83%E6%A8%AA%E9%A0%88%E3%82%AB%E6%9A%B4%E8%B |

TokyoMotion
November 9, 2023
Page 2

| | |
|---|---|
| | 5%B0%E3%80%87%E5%AE%B6%E5%87%BA%E3%83%8D%E3%82%AD%E5%B1%88%E8%BE%B1%E5%B1%88%E6%9C%8D%E3%83%8A%E3%83%9E%E4%B8%AD%E5%87%BA%E3%81%97%E4%BE%BF%E5%A5%B3%E6%89%B1%E3%81%84-%EF%BD%86%EF%BD%87%E3%80%87-%E3%82%A2%E3%83%A9%E3%83%93%E3%82%A2%E3%83%B3%E3%83%9E%E3%82%B7%E3%83%A5-%EF%BD%88-01%CE%B1 |
| https://ec.toranoana.jp/tora_r/ec/item/040030965925/ | https://www.tokyomotion.net/video/3370395/%E3%83%8F%E3%83%A1%E6%92%AE%E3%82%8A%E7%A8%B2%E5%A0%B4%E3%82%8B%E3%81%8B |

The above is a representative list of the Copyright Owner's copyrighted works that are being infringed on https://www.tokyomotion.net/.

I request that you expeditiously remove or disable access to the Infringing Works.

My mailing address, telephone number, and email are above in the header on the first page. Please provide me with a written assurance that you have fully complied with this request.

I have a good faith belief that the Infringing Works are not authorized by the copyright owner, an agent of the copyright owner, or the law.

The information in this notification is accurate, and under penalty of perjury, I attest that I am authorized to act on behalf of the owner of an exclusive copyright that is being infringed.

Sincerely,

*TAKAYUKI AONUMA*
TAKAYUKI AONUMA
Attorney-at-Law